

**NUMBERS 13-16-00086-CR AND 13-16-00087-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS**                                                    **Appellant,**

**v.**

**COURTNEY HAYDEN**                                                       **Appellee.**

---

**On appeal from 28th District Court
of Nueces County, Texas.**

---

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

On February 10, 2016, this Court ordered the trial court's proceedings in each of these causes stayed, pending disposition of the State's appeals. On May 12, 2016, appellee Courtney Hayden filed an amended motion to partially lift the stays so that she may request a modification of the conditions of her pretrial bond ordered by the trial court. The reason offered for this request relates to Hayden's recently secured employment.

The Court, having examined and fully considered Hayden's motion, is of the opinion that said motion should be GRANTED. Accordingly, the stay is hereby PARTIALLY LIFTED for the LIMITED AND EXCLUSIVE PURPOSE of Hayden seeking modification of her pretrial bond conditions with the trial court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed the
13th day of May, 2016.